IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-02637-RBJ

TOM POWERS, an individual, and
MARY POWERS, an individual,

    Plaintiffs,

v.

BLUECROSS BLUE SHIELD OF ILLINOIS, HEALTH CARE SERVICE CORPORATION,
WOODWARD, INC., and
MEDICAL REVIEW INSTITUTE OF AMERICA, INC.,

    Defendants.

---

ORDER RE STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

The Court, having reviewed the parties Stipulated Motion to Dismiss with Prejudice and being fully advised in the premises, does hereby Order that all claims that were brought or which could have been brought by Plaintiffs against Defendants, Health Care Service Corporation d/b/a BlueCross BlueShield of Illinois and Woodward, Inc., are hereby dismissed, with prejudice, and all parties responsible for their own fees and costs.

DATED this 30th day of October, 2013.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. Brooke Jackson
United States District Judge